LAVI & EBRAHIMIAN, LLP
Joseph Lavi, Esq. (SBN 209776)
Email: jlavi@lelawfirm.com
Vincent C. Granberry, Esq. (SBN276483)
vgranberry@lelawfirm.com
8889 w. Olympic Blvd, Suite 200
Beverly Hills, California, 90211

Attorneys for Plaintiff
GABRIELLE E. CARRICK

SEYFARTH SHAW LLP
Jonathan L. Brophy (SBN 245223)
jbrophy@seyfarth.com
Michael Afar (SBN 298990)
mafar@seyfarth.com
Laura E. Heyne (SBN 279478)
lheyne@seyfarth.com
Jessica C. Koenig (SBN 340974)
jkoenig@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:   (310) 277-7200
Facsimile:    (310) 201-5219

Attorneys for Defendant
PELOTON INTERACTIVE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELLE E. CARRICK, on behalf of herself and other similarly situated<br><br>Plaintiff,<br><br>v.<br><br>PELOTON INTERACTIVE, INC.; and DOES 1 through 100, inclusive<br><br>Defendants. | Case No.: 5:23-cv-04233-EKL<br><br>Formally Related to:<br>Case No: 5:24-cv-00212-EKL<br><br>*The Honorable Eumi K. Lee*<br><br>**JOINT STIPULATION FOR DISMISSAL OF PLAINTIFF'S CLAIMS WITH PREJUDICE; [~~PROPOSED~~] ORDER**<br><br>Action Filed:   June 16, 2023<br>Trial Date:      None Set |

## JOINT STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Gabrielle E. Carrick ("Plaintiff") and Defendant Peloton Interactive, Inc. ("Defendant" and collectively with Plaintiff, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

**WHEREAS**, on June 16, 2023, Plaintiff filed the instant action, Case No., 23CV417694, against Defendant in Santa Clara Superior Court, alleging the following wage and hour violations against Defendant on behalf of herself and all non-exempt hourly employees in California: (1) "Failure to Pay Overtime Wages"; (2) "Failure to Provide Meal Periods"; (3) "Failure to Provide Rest Periods"; (4) "Failure to Reimburse Business Expenses"; (5) "Non-Compliant Wage Statements"; (6) "Wages and Final Wages Not Timely Paid"; and (7) "Violation of Business & Professions Code § 17200, *et seq.*"

**WHEREAS**, on August 23, 2023, Defendant removed this action to the United States District Court, Northern District of California. (Dkt. No. 1.) This action, pending before the United States District Court, Northern District of California, Case No. 5:23-cv-04233-EKL, was initially assigned to the Honorable Susan Van Keulen, but was reassigned to the Honorable P. Casey Pitts. (Dkt. No. 27.) This case was again reassigned to the Honorable Eumi K. Lee and is now pending before this Court. (Dkt. No. 36.)

**WHEREAS**, on June 3, 2024, the Parties filed a Joint Report in this action stating that the order granting preliminary approval of the class settlement in an earlier-filed class action, entitled *Cohen v. Peloton* (Case No.: CV 22-1425-MWF), completely subsumed all of the class claims and parties alleged in the instant action. (Dkt. No. 30.) As part of the Joint Report, Plaintiff agreed to dismiss the *Carrick* Class Action. (*Id.*)

**WHEREAS**, on July 26, 2024, the Parties filed a Joint Stipulation for Dismissal of Plaintiff's Class Action Claims Without Prejudice. (Dkt. No. 31.)

1  **WHEREAS**, on July 29, 2024, the Honorable P. Casey Pitts issued an Order granting the Joint Stipulation for Dismissal of Plaintiff's Class Action Claims Without Prejudice.  (Dkt. No. 32.)

4  **WHEREAS**, on September 16, 2024, the Parties filed a Joint Case Management Statement.  (Dkt. No. 37.)  Defendant asserted in the Joint Case Management Statement that they were meeting and conferring with Plaintiff's counsel to request that Plaintiff dismiss her remaining individual claims with prejudice.  (*Id.*)

9  **WHEREAS**, the Parties have met and conferred and Plaintiff has agreed to dismiss this action with prejudice.  This dismissal applies only to Case No. 5:23-cv-04233-EKL, and does not include a dismissal of Plaintiff's lawsuit pending in the Superior Court of the State of California, County of Santa Clara, Case No. 23CV424909.

14  **WHEREAS**, with respect to Case No. 5:23-cv-04233-EKL, Defendant agrees that, upon dismissal of this action, it waives any and all claims against Plaintiff for malicious prosecution and/or abuse of process;

17  **WHEREAS**, each party agrees to bear their own fees and costs.

18  **NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE, SUBJECT TO THE COURT'S APPROVAL,** that Plaintiff's claims in the instant action are hereby dismissed, with prejudice.

| | | |
|---|---|---|
| 1 | DATED: November 25, 2024 | Respectfully submitted, |
| 2 | | |
| 3 | | LAVI & EBRAHIMIAN, LLP |
| 4 | | By: /s/ *Vincent C. Granberry* |
| 5 | | Joseph Lavi, Esq.<br>Vincent C. Granberry |
| 6 | | Attorneys for Plaintiff<br>GABRIELLE E. CARRICK |
| 7 | | |
| 8 | DATED: November 25, 2024 | Respectfully submitted, |
| 9 | | SEYFARTH SHAW, LLP |
| 10 | | |
| 11 | | By: /s/ *Jessica C. Koenig* |
| 12 | | Jonathan L. Brophy<br>Michael Afar |
| 13 | | Laura E. Heyne<br>Jessica C. Koenig |
| 14 | | Attorneys for Defendant |
| 15 | | PELOTON INTERACTIVE, INC. |

    Pursuant to Local Rule 5-4.3.4(a)(2), I, Jessica C. Koenig, certify that all other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

                          /s/ *Jessica C. Koenig*

1

JOINT STIPULATION FOR DISMISSAL OF CLAIMS WITH PREJUDICE

**[PROPOSED] ORDER**

Based on the Parties' Stipulation, the Clerk of this Court is directed to dismiss Plaintiff's claims in the action, bearing Case No. 5:23-cv-04233-EKL, with prejudice. Each party is to bear their own costs, expenses and fees.

**IT IS SO ORDERED.**

Dated: November 29, 2024

_____
UNITED STATES DISTRICT
JUDGE EUMI K. LEE